

# NUMBER 13-13-00568-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LA VILLA INDEPENDENT SCHOOL
DISTRICT BOARD OF TRUSTEES,                                    Appellant,

v.

THE BOARD OF ALDERMEN FOR
THE CITY OF LA VILLA,                                              Appellee.

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Memorandum Opinion Per Curiam

Appellant, La Villa Independent School District Board of Trustees, perfected an

appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in

cause number C-4271-13-B.   The parties have filed a joint motion to dismiss the appeal

on grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of June, 2014.

2